| CONFIRMATION For Process Serving | ONE LEGAL LLC |  |
|---|---|---|
| | This is not an Invoice | |

| ONE LEGAL CONFIRMATION FOR ORDER NO.: 12741871 | DATE: 02/05/2019 |
|---|---|

| **Customer:** Capron Law Offices | **Attorney:** Matthew H. Capron |
|---|---|
| **Customer No.:** 0105936 | **Attorney e-mail:** mattcapron@yahoo.com |
| **Address:** Chula Vista, CA 91915 | **Contact:** Matthew Capron |
| | **Contact e-mail:** mattcapron@yahoo.com |
| | **Contact Phone:** (619) 869-8181 |
| | **Contact Fax:** |
| | **Law Firm File No.:** |

**CASE INFORMATION:**

| Case Number: | 3:19-cv-00157-JAH-MDD |
|---|---|
| County: | |
| Court: | United States District Court, Southern District of California |
| Case Short Title: | Luminence LLC vs. Ultramailers, Inc., et al. |

| DOCUMENTS RECEIVED: | No. Docs: 3 | No. Pgs: 10 |
|---|---|---|

Summons, Complaint, Civil Case Cover Sheet

| Party to Serve: Ultramailers, Inc | Service Address: 17647 Prairie St<br>Northridge, CA 91325 |
|---|---|

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status:   Service Complete<br><br>Hello Mr. Capron,<br><br>I am contacting you in regards to your above service of process order. In your instructions you state to serve all 4 defendants Ultramailers, Inc, CM Enterprises, Inc, Theod Simonian, Haik Abdunuryan. To serve each entity there needs to be four orders placed for each. We are to only have one entity per order due to proof of service purposes. The order that was placed has a defendant for Ultramailers, Inc that will be dispatched. If an order needs to be placed for each defendant please let us know by our 1 PM dispatch deadline. For future orders you can | Process Serving Copy Charge<br>Process Serving - Three Day<br>Mailing Declaration | 2.50<br>75.00<br>15.00 |
| Services will be invoiced later. | DO NOT PAY NOW. | Total:   92.50 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.

Customer Support I Ph:  1-800-938-8815

1  Matthew H. Capron, 303941          (619) 869-8181
   Capron Law Offices
2  2220 Otay Lakes Rd., Suite 502-92
   Chula Vista, CA 91915
3

4  Representing: Plaintiff                        File No.

5

6

7

8              United States District Court, Southern District of California

9              Southern District of California - District - San Diego

10

11

12 Luminence LLC

13                                                Case No. 3:19-cv-00157-JAH-MDD

14              Plaintiff/Petitioner               Proof of Service of:
                    vs.                              Summons, Complaint, Civil Case Cover Sheet
15

16 Ultramailers, Inc., et al.

17
                Defendant/Respondent
18
                                                  Service on:
19                                                   Ultramailers, Inc
20

21
                                                  Hearing Date:
22
                                                  Hearing Time:
23
                                                  Div/Dept:
24

25

26

27

28

PROOF OF SERVICE

OL#12741871

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Matthew H. Capron, 303941<br>Capron Law Offices<br>2220 Otay Lakes Rd., Suite 502-92<br>Chula Vista, CA 91915<br>ATTORNEY FOR (Name): Plaintiff | (619) 869-8181<br><br>Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:

Luminence LLC

DEFENDANT:

Ultramailers, Inc., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:19-cv-00157-JAH-MDD |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Civil Case Cover Sheet

2. Party Served:            Ultramailers, Inc

3. Person Served:           Theod Simonian - Person Authorized to Accept Service of Process

    a. Left with:           James "DOE"(Cauc/M/35yr/5'9/170lb) - Co-Occupant

4. Date & Time of Delivery: 02/03/2019        10:00AM

5. Address, City and State: 17647 Prairie St
                            Northridge, CA 91325

6. Manner of Service:       By leaving the copies with or in the presence of James "DOE"(Cauc/M/35yr/5'9/170lb) , a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 92.50

Registered California process server.
County: Los Angeles
Registration No.: 2014325619
Jose Felix Nava
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/04/2019 at Los Angeles, California.

Signature: _____

Jose Felix Nava

OL#: 12741871

**ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):**
Matthew H. Capron, 303941
Capron Law Offices
2220 Otay Lakes Rd.
Chula Vista, CA 91915

**TELEPHONE NO.:** (619) 869-8181

**ATTORNEY FOR (Name):** Plaintiff

**Ref. No. or File No.**

**FOR COURT USE ONLY**

Insert name of court, judicial district or branch court, if any:
United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

**PLAINTIFF:** Luminence LLC

**DEFENDANT:** Ultramailers, Inc., et al.

**PROOF OF SERVICE BY MAIL**

**DATE:**   **TIME:**   **DEPT/DIV:**   **CASE NUMBER:** 3:19-cv-00157-JAH-MDD

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 02/04/2019, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Ultramailers, Inc
Theod Simonian
17647 Prairie St
Northridge, CA 91325

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 92.50

Dorine De Leon
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/04/2019 at Los Angeles, California.

Dorine De Leon

OL#: 12741871