Matthew H. Capron (Bar No. CA 303941)
Capron Law Offices
2220 Otay Lakes Rd Suite 502-92
Chula Vista, CA 91915
Tel: (619) 869-8181
Fax: (619) 638-8181
Email: mcapron@capronlegal.com

Attorneys for Plaintiff Luminence, LLC,

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ULTRAMAILERS, INC.; CM ENTERPRISES, INC.; THEOD SIMONIAN, an individual; and HAIK ABDUNURYAN, an individual,<br>　　　　　Defendants. | CASE NO:  19-cv-0157-JAH-MDD<br><br>REQUEST FOR CERTIFICATE OF DEFAULT |

## REQUEST FOR CERTIFICATE OF DEFAULT

Please enter the default of Defendants ULTRAMAILERS, INC., CM ENTERPRISES, INC., THEOD SIMONIAN, and HAIK ABDUNURYAN, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Matthew Capron.

Dated: April 19, 2019

Respectfully submitted,
CAPRON LAW OFFICES

By: s/Matthew Capron
MATTHEW CAPRON

Attorneys for Luminence, LLC
email: mcapron@capronlegal.com

# CERTIFICATE OF SERVICE

  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is CAPRON LAW OFFICES, 2220 Otay Lakes Rd Suite 502-92, Chula Vista, California 91915.  On **April 19, 2019**, I served the foregoing document.

☑  **USPS MAIL TO:**  Ultramailers, Inc
            17647 Prairie St
            Northridge, CA 91325

            CM Enterprises, Inc
            17647 Prairie St
            Northridge, CA 91325

            Theod Simonian
            17647 Prairie St
            Northridge, CA 91325

            Haik Abdunuryan
            17647 Prairie St
            Northridge, CA 91325

  *(Federal)*  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 19, 2019, at **Chula Vista**, California.

                       s/Matthew H. Capron
                       Matthew H. Capron