Matthew H. Capron (Bar No. CA 303941)
Capron Law Offices
2220 Otay Lakes Rd Suite 502-92
Chula Vista, CA 91915
Tel: (619) 869-8181
Fax: (619) 638-8181
Email: mcapron@capronlegal.com

Attorneys for Plaintiff Luminence, LLC,

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC,<br><br>     Plaintiff,<br><br>     vs.<br><br>ULTRAMAILERS, INC.; CM ENTERPRISES, INC.; THEOD SIMONIAN, an individual; and HAIK ABDUNURYAN, an individual,<br><br>     Defendants. | CASE NO:  19-cv-0157-JAH-MDD<br><br>DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT |

## DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT

Matthew Capron hereby declares as follows:

1. I am the attorney for Plaintiff in this action.

2. This action was commenced pursuant to 17 U.S.C. §§ 106(1), 501, and 1202, and 815 I.L.C.S. § 510 *et seq*.

3. The time for all Defendants to answer or otherwise move with respect to the complaint herein has expired.

4. Defendants have not answered or otherwise moved with respect to the complaint, and the time for Defendants to answer or otherwise move has not been extended.

5. Defendants are not infants or incompetent.  Defendants are not currently in the military service of the United States as appears from facts in this litigation.

6. Defendants are liable to Plaintiff for statutory damages for their willful infringement of Plaintiff's copyrighted work.

WHEREFORE, Plaintiff, LUMINENCE LLC, requests that the default of all Defendants be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to Plaintiff, and that no part thereof has been paid.

Dated: April 19, 2019

Respectfully submitted,
CAPRON LAW OFFICES

By: s/Matthew Capron
MATTHEW CAPRON

Attorneys for Luminence, LLC
email: mcapron@capronlegal.com

DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT