Matthew H. Capron (Bar No. CA 303941)
Capron Law Offices
2220 Otay Lakes Rd Suite 502-92
Chula Vista, CA 91915
Tel: (619) 869-8181
Fax: (619) 638-8181
Email: mcapron@capronlegal.com

Attorneys for Plaintiff Luminence, LLC,

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ULTRAMAILERS, INC.; CM ENTERPRISES, INC.; THEOD SIMONIAN, an individual; and HAIK ABDUNURYAN, an individual,<br>　　　　　　Defendants. | CASE NO:  19-cv-0157-JAH-MDD<br><br>NOTICE OF MOTION AND MOTION FOR FINAL JUDGMENT<br><br>Date: July 1, 2019<br>Time: 2:30 p.m.<br>Judge: Honorable John A. Houston |

## PLAINTIFF'S MOTION FOR FINAL JUDGMENT

Comes now Plaintiff LUMINENCE, LLC and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of final judgment by default against the Defendants. In support of this request, LUMINENCE, LLC relies upon the record in this case, the Memorandum in Support of this motion filed herewith, the Declaration of Matthew Capron previously filed in this case, the Declaration of Matthew Capron filed herewith, and such other and further oral and documentary evidence which may be presented at the time of the hearing of this motion.

Dated: May 13, 2019

Respectfully submitted,
CAPRON LAW OFFICES

By: s/Matthew Capron
MATTHEW CAPRON

Attorneys for Luminence, LLC
email: mcapron@capronlegal.com

## **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is CAPRON LAW OFFICES, 2220 Otay Lakes Rd Suite 502-92, Chula Vista, California 91915.  On **May 13, 2019**, I served the foregoing document.

☑    **USPS MAIL TO:**      **Ultramailers, Inc**
**17647 Prairie St**
**Northridge, CA 91325**

**CM Enterprises, Inc**
**17647 Prairie St**
**Northridge, CA 91325**

**Theod Simonian**
**17647 Prairie St**
**Northridge, CA 91325**

**Haik Abdunuryan**
**17647 Prairie St**
**Northridge, CA 91325**

*(Federal)*   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 13, 2019, at **Chula Vista**, California.

s/Matthew H. Capron
Matthew H. Capron