Matthew H. Capron (Bar No. CA 303941)
Capron Law Offices
2220 Otay Lakes Rd Suite 502-92
Chula Vista, CA 91915
Tel: (619) 869-8181
Fax: (619) 638-8181
Email: mcapron@capronlegal.com

Attorneys for Plaintiff Luminence, LLC,

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ULTRAMAILERS, INC.; CM ENTERPRISES, INC.; THEOD SIMONIAN, an individual; and HAIK ABDUNURYAN, an individual,<br><br>　　　　　Defendants. | CASE NUMBER:  3:19-cv-00157-JAH-MDD<br><br>DECLARATION OF MATTHEW CAPRON IN SUPPORT OF MOTION FOR FINAL JUDGMENT |

## DECLARATION IN SUPPORT OF MOTION FOR FINAL JUDGMENT, RE: ATTORNEYS FEES AND COSTS

Matthew Capron hereby declares as follows:

1. I am the attorney for Plaintiff in this action.

2. This action was commenced pursuant to 17 U.S.C. §§ 106(1), 501, and 1202, and 815 I.L.C.S. § 510 *et seq*.

3. The court entered a Clerk's Entry of Default on April 19, 2019.

DECLARATION OF MATTHEW CAPRON

4. I am an attorney with 4 years experience.  I charge $300 per hour, which falls within the range of rates charged in San Diego County for attorneys with comparable experience in similar practice areas.

5. Plaintiff has incurred the following attorneys fees and costs:

| Attorneys Fees: | Hours | Rate | Total |
|---|---|---|---|
| Consultation and evaluation | 0.5 | $300 | $ 150.00 |
| Complaint | 4.0 | $300 | $1,200.00 |
| Research/Review | 3.5 | $300 | $1,050.00 |
| Default Motion | 4.0 | $300 | $1,200.00 |
| Communications/meetings | 2.0 | $300 | $ 600.00 |
| Costs: | | | |
| Filing fee | | | $ 400.00 |
| Process server | | | $ 265.00 |
| **TOTAL** | | | **$4,865.00** |

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due and reasonable.

Dated: May 13, 2019

Respectfully submitted,
CAPRON LAW OFFICES

By: s/Matthew Capron
MATTHEW CAPRON

Attorneys for Luminence, LLC
email: mattcapron@yahoo.com

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is CAPRON LAW OFFICES, 2220 Otay Lakes Rd Suite 502-92, Chula Vista, California 91915. On **May 13, 2019**, I served the foregoing document.

☑ **USPS MAIL TO:**  **Ultramailers, Inc**
17647 Prairie St
Northridge, CA 91325

**CM Enterprises, Inc**
17647 Prairie St
Northridge, CA 91325

**Theod Simonian**
17647 Prairie St
Northridge, CA 91325

**Haik Abdunuryan**
17647 Prairie St
Northridge, CA 91325

*(Federal)* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 13, 2019, at **Chula Vista**, California.

s/Matthew H. Capron
Matthew H. Capron