1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11   LUMINENCE, LLC,                          Case No.  19cv0157-JAH (MDD)
12                          Plaintiff,        **ORDER GRANTING DISMISSAL**
13   v.                                       **WITH PREJUDICE**
14   ULTRAMAILERS, INC., et al.,
15                          Defendants.
16

17        The parties' joint motion to dismiss the action with prejudice is **GRANTED**.  Fed.

18   R. Civ. P. 41(a).  Each party shall bear his/her/its own costs and attorney's fees.

19        **IT IS SO ORDERED**.

20   DATED: August 5, 2019

21

22

23                                           JOHN A. HOUSTON
24                                           United States District Judge

25

26

27

28

1